**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6431**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DANIEL WATLINGTON, a/k/a Gator Slim,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:05-cr-00004-BO-1)

Submitted:  April 18, 2024                                   Decided:  April 19, 2024

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Watlington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Watlington appeals the district court's order denying his motions for contempt and for early termination of supervised release. Limiting our review to the issues raised in Watlington's informal brief, we have reviewed the record and find no reversible error. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Watlington challenges the garnishment of a portion of his social security check for restitution, arguing that the criminal judgment limits restitution payments to $100 per month and that he is not delinquent in making payments. Contrary to Watlington's contentions, the criminal judgment provides that restitution is immediately due and does not limit payments to $100 per month. Accordingly, we affirm the district court's order. *United States v. Watlington*, No. 5:05-cr-00004-BO-1 (E.D.N.C. Apr. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*